THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JANET L. WEAVER,

*Plaintiff,*

vs.

INVESTMENT RESOURCES CORPORATION, OZCO CONSTRUCTION COMPANY, INC., AFFORDABLE HOUSING DEVELOPMENT, INC., KEY MANAGEMENT COMPANY, BG&H, LC, AR&S HOLDINGS, INC., A&S DEVELOPMENT, INC., AST PROPERTIES, INC., NJ INVESTORS, INC., SAMCAT, INC., and SANTO M. CATANESE,

*Defendants.*

Case No. 07-1170-JTM

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
JUN 19  2 44 PM '07
RALPH L. DeLOACH
CLERK
BY_____ DEPUTY
AT WICHITA, KS

## COMPLAINT

COMES NOW the plaintiff, Janet L. Weaver, by and through her counsel, the Ayesh Law Offices and for her complaint alleges and states as follows:

### A. PARTIES

1. Plaintiff is an individual and a citizen of the state of Kansas.

2. Defendant Investment Resources Corporation is a Kansas corporation doing business within the state of Kansas, which may be served with legal process to its registered agent Alan Joseph, 7701 East Kellogg, Suite 895, Wichita, Kansas 67207.

3. Defendant OZCO Construction Company, Inc., is a Kansas corporation doing business within the state of Kansas, which may be served with legal process to its

registered agent Alan Joseph, 7701 East Kellogg, Suite 895, Wichita, Kansas 67207.

4. Defendant Affordable Housing Development, Inc., is a Kansas corporation doing business within the state of Kansas, which may be served with legal process to its registered agent Alan Joseph, 7701 East Kellogg, Suite 895, Wichita, Kansas 67207.

5. Defendant Key Management Company is a Kansas corporation doing business within the state of Kansas, which may be served with legal process to its registered agent W. Alan Huffman, 125 N. Market, Suite 1510, Wichita, Kansas 67207.

6. Defendant BG&H, LC, is a Kansas corporation doing business within the state of Kansas, which may be served with legal process to its registered agent Alan Joseph, 7701 East Kellogg, Suite 895, Wichita, Kansas 67207.

7. Defendant AR&S Holdings, Inc., is a Kansas corporation doing business within the state of Kansas, which may be served with legal process to its registered agent Alan Joseph, 7701 East Kellogg, Suite 895, Wichita, Kansas 67207.

8. Defendant A&S Development, Inc, is a Kansas corporation doing business within the state of Kansas, which may be served with legal process to its registered agent Alan Joseph, 7701 East Kellogg, Suite 895, Wichita, Kansas 67207.

9. Defendant AST Properties, Inc., is a Kansas corporation doing business within the state of Kansas, which may be served with legal process to its registered agent Alan Joseph, 7701 East Kellogg, Suite 895, Wichita, Kansas 67207.

10. Defendant NJ Investors, Inc., is a Kansas corporation doing business within the state of Kansas, which may be served with legal process to its registered agent Alan Joseph, 7701 East Kellogg, Suite 895, Wichita, Kansas 67207.

11. Defendant SAMCAT, Inc., is a Kansas corporation doing business within the

state of Kansas, which may be served with legal process to its registered agent.

12. Defendant Santo M. Catanese is an individual who may be served with legal process at 7701 East Kellogg, Suite 820, Wichita, Kansas 67207.

## B. JURISDICTION AND VENUE

13. This is an employment case arising under the Fair Labor Standards Act, 29 U.S.C. § 207, et seq. This court has jurisdiction pursuant to 28 U.S.C. § 1331.

14. The unlawful practices and actions alleged below were committed within the state of Kansas, and venue is properly laid in this Court by virtue of 28 U.S.C. § 1391(b).

15. Venue is proper in the Judicial District of Kansas pursuant to 28 U.S.C. § 1391.

## C. FACTUAL ALLEGATIONS

16. When referred to collectively herein, the "Catanese Group" means the following entities: Investment Resources Corporation; OZCO Construction Company, Inc., Affordable Housing Development, Inc., BG&H, LC, AR&S Holdings, Inc., A&S Development, Inc., AST Properties, Inc., NJ Investors, Inc., and SAMCAT, Inc.

17. Upon information and belief, Key Management Company provides real estate management services for the Catanese Group.

18. At all times hereto, the Catanese Group and Key Management Company were joint-employers of plaintiff:

    a. For payroll purposes, plaintiff was employed by Investment Resources Corporation/OZCO Construction Co., Inc.

    b. For her duties, plaintiff worked as an administrative assistant to Santo M. Catanese and performed administrative tasks regarding

3

his investment and management of the Catanese Group.

c. For health insurance purposes, plaintiff was a participant in the Key Management Company medical plan.

19. Plaintiff was employed by defendants from February 11, 2002, until September 15, 2006.

20. Plaintiff was initially employed as an hourly employee in the capacity as a receptionist. On February 16, 2004, Santo M. Catanese promoted plaintiff to the position of her "personal assistant" and OZCO Construction Company's Administrative Coordinator, for which plaintiff performed non-exempt duties under the Fair Labor Standards Act, but for which she was not paid overtime compensation.

### D. CAUSES OF ACTION

#### 1. Declaratory Judgment and Injunctive Relief Substantive Consolidations/Collapsing the Corporate Entities

21. Plaintiff incorporates by reference paragraphs 1 through 20 of this Complaint.

22. Upon information and belief, Santo M. Catanese, Jane Catanese, Richard Ochs and C. Alan Joseph own all or a majority of the capital stock of the Catanese Group.

23. Upon information and belief, W. Alan Huffman and Anthony Catanese own all or a majority of the capital stock of Key Management Company and own stock in multiple legal entities within the Catanese Group.

24. There are common directors and officers among the Catanese Group, including the legal entities within the Catanese Group in which capital stock is owned by

W. Alan Huffman and Anthony Catanese.

25. Upon information and belief one or more of the business entities in the Catanese Group of companies finances other entities within the Catanese Group.

26. Upon information and belief, a singles entitiy within the Catanese Group has grossly inadequate capital.

WHEREFORE plaintiff Janet L. Weaver prays for joint and several judgment against defendants Investment Resources Corporation, OZCO Construction Company, Inc., Affordable Housing Development, Inc., BG&H, LC, AR&S Holding, Inc., A&S Development, Inc., AST Properties, Inc., NJ Investors, Inc., SAMCAT, Inc., and Key Management Company as further set forth herein.

## 2. Declaratory Judgment and Injunctive Relief
## Piercing the Corporate Veils

27. Plaintiff incorporates by reference paragraphs 1 throu34 of this Complaint.

28. Upon information and belief, the relationship between the Catanese Group defendants and their members, managers, officers, directors or shareholders/ stockholders and owners, is so intimate, the control over the subsidiaries is so dominating, and the business and assets of the various businesses within the Catanese Group are so mingled that recognition of the Catanese Group of defendants and Key Management Company as separate and distinct legal business entities would result in an injustice to plaintiff.

29. Upon information and belief, the Catanese Group exists as insultated corporate or limited liability shells with the real assets of the Group resting in or funneled into the insulated corporate entities of the Group or to thier members,

managers, officers, directors or shareholders/stockholders and owners.

30. Judicial recognition of the legal fiction of separate corporate structures would result in injustice to plaintiff.

WHEREFORE plaintiff Janet L. Weaver prays for joint and several judgment against defendants Investment Resources Corporation, OZCO Construction Company, Inc., Affordable Housing Development, Inc., BG&H, LC, AR&S Holding, Inc., A&S Development, Inc., AST Properties, Inc., NJ Investors, Inc., SAMCAT, Inc., and Key Management Company as further set forth herein.

### 3. FLSA Violation

31. Plaintiff incorporates by reference paragraphs 1 through 30 of this Complaint.

32. Defendants unlawfully and willfully failed to pay overtime compenstation to plaintiff at the rate of one and one-half times the regular rate of pay at which she was employed, contrary to 29 U.S.C. § 207.

33. Plaintiff is entitled to judgment against defendants for wages in an undetermined amount, liquidated damages, for costs, including reasonable attorney fees, and for such further relief as the Court deems proper.

                                                                              Respectfully submitted,

                                                                              AYESH LAW OFFICES

By:                                                                           
                                           Ray E. Simmons, #12296
                                           8100 East 22nd Street North
                                           Building 2300, Suite 2
                                           P.O. Box 781750
                                           Wichita, Kansas 67278-1750
                                           Tel: 316-682-7381
                                           *Attorney for Plaintiff*

## DESIGNATION OF TRIAL

Plaintiff designates Wichita, Kansas as the location for the trial in this matter.

Respectfully submitted,

AYESH LAW OFFICES

By: _____
Ray E. Simmons, #12296
8100 East 22nd Street North
Building 2300, Suite 2
P.O. Box 781750
Wichita, Kansas 67278-1750
Tel: 316-682-7381
*Attorney for Plaintiff*