IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JANET L. WEAVER,<br><br>    *Plaintiff*,<br><br>vs.<br><br>INVESTMENT RESOURCES CORPORATION, OZCO CONSTRUCTION COMPANY, INC., AFFORDABLE HOUSING DEVELOPMENT, INC., KEY MANAGEMENT COMPANY, BG&H, LC, AR&S HOLDINGS, INC., A&S DEVELOPMENT, INC., AST PROPERTIES, INC., NJ INVESTORS, INC., SAMCAT, INC., and SANTO M. CATANESE,<br><br>    *Defendants*. | Case No. 07-1170 |

## JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff filed a complaint against her former employer to recover back wages for Fair Labor Standards Act violations. The parties have conferred and agreed to an amicable resolution. They request that an order of dismissal, a form of which has been contemporaneously submitted to the court, be entered dismissing this matter with prejudice to refiling.

The parties recognize that there are only two ways in which back wage claims under the FLSA can be settled or compromised by employees. First, under section 216(c), the Secretary of Labor is authorized to supervise payment to employees of unpaid wages owed to them. An employee who accepts such a payment supervised by the Secretary thereby waives his right to bring suit. Second, when employees bring a private action for back

wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

The parties stipulate that the settlement offer provides sufficient funds to compensate Plaintiff for back wages she may be entitled to under the FLSA. The parties consider the settlement offer to be a fair and reasonable resolution of this matter. Accordingly, the parties request that this matter be dismissed with prejudice to refiling.


/s Ray E. Simmons
Ray E. Simmons, #12296
AYESH LAW OFFICES
Attorney for Plaintiff
8100 East 22nd Street North
Building 2300, Suite 2
P.O. Box 781750
Wichita, Kansas 67278-1750
Tel: 316.682.7381

/s Ross A. Hollander
Ross A. Hollander, #09010
Michelle K. Moe, #22620
JOSEPH & HOLLANDER, PA
Attorney for Defendant
500 N. Market Street
Wichita, KS 67214
Tel: 316.262.9393
Fax: 316.262.9006
rhollander@josephhollander.com