IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JANET L. WEAVER,

*Plaintiff*,

vs.

INVESTMENT RESOURCES CORPORATION, OZCO CONSTRUCTION COMPANY, INC., AFFORDABLE HOUSING DEVELOPMENT, INC., KEY MANAGEMENT COMPANY, BG&H, LC, AR&S HOLDINGS, INC., A&S DEVELOPMENT, INC., AST PROPERTIES, INC., NJ INVESTORS, INC., SAMCAT, INC., and SANTO M. CATANESE,

*Defendants*.

Case No. 07-1170

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have stipulated to the dismissal of this action with prejudice. The Court finds that the settlement reached by the parties in this matter is both fair and reasonable and accepts the stipulation. This matter is dismissed with prejudice on this 29th day of June, 2007.

s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE